UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:08-cv-01753-JA
Case No. 6:08-cv-01754-JA

| | |
|---|---|
| In re:<br><br>CF HOSPITALITY, INC.,<br>SF HOTELS, INC.,<br>    Debtor, | Case No. 6:08-bk-03517<br>Case No. 6:08-bk-03518<br>Jointly administered under Chapter 11 |
| CF HOSPITALITY, INC., d/b/a Sheraton Downtown Orlando,<br>    Plaintiff/Appellee,<br><br>v.<br><br>GRAMERCY INVESTMENT TRUST, a Maryland real estate investment trust,<br>    Defendant/Appellant. | Adv No. 6:08-ap-126-ABB |
| SF HOTELS, INC., d/b/a Sheraton Miami Mart Hotel,<br>    Plaintiff/Appellee,<br><br>v.<br><br>GRAMERCY INVESTMENT TRUST, a Maryland real estate investment trust,<br>    Defendant/Appellant. | Adv No. 6:08-ap-127-ABB |

**NOTICE OF FILING
AFFIDAVIT OF RYAN SIMONETTI
IN SUPPORT OF EMERGENCY MOTION OF APPELLANT GRAMERCY
INVESTMENT TRUST TO CONSOLIDATE AND EXPEDITE APPEALS OF
BANKRUPTCY COURT'S SECOND PRELIMINARY INJUNCTION ORDERS
AND TO CONSOLIDATE WITH THE RELATED APPEALS OF THE
<u>BANKRUPTCY COURT'S INITIAL PRELIMINARY INJUNCTION ORDERS</u>**

Appellant Gramercy Investment Trust, by and through its undersigned counsel, hereby gives notice of the filing of the Affidavit

CASE NO. 6:08-cv-01753-JA
CASE NO. 6:08-cv-01754-JA

Affidavit of Ryan Simonetti In Support of Emergency Motion of Appellant Gramercy Investment Trust to Consolidate and Expedite Appeals of Bankruptcy Court's Second Preliminary Injunction Orders and to Consolidate With the Related Appeals of the Bankruptcy Court's Initial Preliminary Injunction Orders dated October 16, 2008, attached hereto.

Respectfully submitted,

I. William Spivey, II
  Florida Bar No. 701076
  spiveyw@gtlaw.com
Greenberg Traurig, P.A.
450 S. Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile: (407) 841-1295

John B. Hutton
  Florida Bar No. 902160
  huttonj@gtlaw.com
Elliot B. Kula
  Florida Bar No. 003794
  kulae@gtlaw.com
Scott M. Grossman
  Florida Bar No. 0176702
  grossmansm@gtlaw.com
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By:    /s/ John B. Hutton
        John B. Hutton

*Counsel for Gramercy Investment Trust*

**CERTIFICATE OF SERVICE**

I certify that a copy of this notice of filing was served on October 17, 2008 by U.S. Mail, e-mail and CM/ECF notice of electronic filing upon:

Frank M. Wolff, Esq.
David R. McFarlin, Esq.
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL 32804

      /s/ John B. Hutton
      John B. Hutton

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:08-cv-01753-JA
CASE NO. 6:08-cv-01754-JA

| | |
|---|---|
| In re:<br><br>CF HOSPITALITY, INC.,<br>SF HOTELS, INC.,<br>    Debtor, | Case No. 6:08-bk-03517<br>Case No. 6:08-bk-03518<br>Jointly administered under Chapter 11 |
| CF HOSPITALITY, INC., d/b/a Sheraton Downtown Orlando,<br>    Plaintiff/Appellee,<br><br>v.<br><br>GRAMERCY INVESTMENT TRUST, a Maryland real estate investment trust,<br>    Defendant/Appellant. | Adv No. 6:08-ap-126-ABB |
| SF HOTELS, INC., d/b/a Sheraton Miami Mart Hotel,<br>    Plaintiff/Appellee,<br><br>v.<br><br>GRAMERCY INVESTMENT TRUST, a Maryland real estate investment trust,<br>    Defendant/Appellant. | Adv No. 6:08-ap-127-ABB |

**AFFIDAVIT OF RYAN SIMONETTI
IN SUPPORT OF EMERGENCY MOTION OF APPELLANT GRAMERCY
INVESTMENT TRUST TO CONSOLIDATE AND EXPEDITE APPEALS OF
BANKRUPTCY COURT'S SECOND PRELIMINARY INJUNCTION ORDERS
AND TO CONSOLIDATE WITH THE RELATED APPEALS OF THE
<u>BANKRUPTCY COURT'S INITIAL PRELIMINARY INJUNCTION ORDERS</u>**

Ryan Simonetti, of full age, being duly sworn upon oath, deposes and states as follows:

1. I am an Associate of Gramercy Investment Trust. As such, I am authorized to make this affidavit in support of Emergency Motion of Appellant Gramercy Investment Trust to Consolidate Related Appeals and for Expedited Review of the September 24, 2008 Second Preliminary Injunction order (the "Preliminary Injunction Order") entered in this adversary proceeding on September 24, 2008.

2. Gramercy, the secured lender of the Debtors, is appealing the bankruptcy court's Preliminary Injunction Order, which enjoins Gramercy from pursuing its state law rights against Georgi (a/k/a George) ZacZac and Lourdes ZacZac (the "ZacZacs"), the non-debtor principals and guarantors of the Debtors, until November 21, 2008 (unless such injunction is extended by the bankruptcy court, or a new injunction is issued by the bankruptcy court).

3. Gramercy has obtained judgments in its state court guaranty actions against the ZacZacs in the amount of $96,864,689.06 plus interest, yet Gramercy has been enjoined from taking any action to execute on those judgments, while no other creditor of the ZacZacs has been similarly enjoined.

4. Gramercy is concerned that another creditor of the ZacZacs will obtain judgments, record judgment liens and/or levy on the assets of the ZacZacs ahead of Gramercy. The ZacZacs are not in bankruptcy, and have not be required to comply with any of the obligations that are imposed upon a debtor in bankruptcy.

5. In addition, given that the bankruptcy court has now twice enjoined Gramercy, there is the likelihood that the bankruptcy court will either extend the injunction or entertain a third injunction request, based on findings shown by these appeals to be erroneous, resulting in a proliferation of appeals that could be avoided by expedited disposition.

6. Gramercy's interests will potentially be jeopardized in the absence of an expedited review.

FURTHER AFFIANT SAYETH NAUGHT.

/s/ Ryan Simonetti

STATE OF __New York__ )
                              :ss
COUNTY OF __New York__ )

SWORN TO AND SUBSCRIBED before me this __16th__ day of October, 2008. He personally appeared before me, is personally known to me or produced _____ as identification, and [did] [did not] take an oath.

[NOTARIAL SEAL]

Notary Public: /s/
Print Name: __Michael Kavourias__
My Commission Expires:

MICHAEL G. KAVOURIAS
Notary Public, State of New York
No. 41-4965804
Qualified in Nassau County
Commission Expires April 30, 2010

MIA 180,233,606v2 10-8-08

3